UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>-against-<br><br>CIRCLE GRAPHICS, INC.<br><br>            Defendant. | Case No. 1:22-cv-4156<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           January 19, 2023

                                       Respectfully Submitted,

                                       **/s/ Mars Khaimov**
                          By:    Mars Khaimov, Esq.
                                  108-26 64th avenue, Second Floor
                                  Forest Hills, New York 11375
                                  Tel (929) 324-0717
                                  Fax (929) 333-7774
                                  Email: mars@khaimovlaw.com
                                  *Attorney for Plaintiff*